**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH FITRZYK,

  Plaintiff,

v.

INTRUDER FILM LLC, et al.,

  Defendants.

_____/

Case No. 26-10269

Hon. Denise Page Hood

### <u>ORDER MOOTING MOTION TO DISMISS (ECF No. 9)</u>

On March 5, 2026, Defendants filed a Motion to Dismiss.  (ECF No. 9)  An Amended Complaint was thereafter filed on March 26, 2026. (ECF No. 12)  Because an amended complaint supersedes all prior complaints, Defendants' Motion to Dismiss is rendered moot.  "As a general rule, when a plaintiff files an amended complaint, the amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. Collier*, 595 U.S. 411, 423 (2022) (quoting, *Rhodes v. Robinson*, 621  F.3d 1002, 1005 (9th Cir. 2010)).  *See, Parry v. Mohawk Motors of Michigan, Inc.,* 236 F.3d 299, 306 (6th Cir. 2000) (When an amended complaint is filed, the new complaint supersedes all previous complaints and controls the case from that point forward.).  "Since the amended complaint replaces the original complaint, an earlier-filed motion to dismiss and/or for summary judgment is moot." *Lowe v. Hamilton County Dep't of Job & Family Servs.*, Case

No. 1:05cv117, 2007 WL 3232434 at *1 (S.D. Ohio Oct. 31, 2007).

Accordingly,

IT IS ORDERED that Defendants' Motion to Dismiss **(ECF No. 9)** is **MOOT**

and the scheduled hearing is canceled.

s/Denise Page Hood<br>
DENISE PAGE HOOD<br>
United States District Judge

DATED: April 20, 2026